GERALD E. BRUNN, SBN 107004
LAW OFFICES OF BRUNN & FLYNN
A Professional Corporation
928 – 12th Street, Suite 200
Modesto, CA 95354
Telephone: (209) 521-2133
Facsimile: (209) 521-7584

Attorneys for Defendants, ATHWAL ALMONDS, INC.; ATHWAL FARMS; ATHWAL & ATHWAL FARMS, aka ATHWAL & ATHWAL; HARJEET S. PUREWAL; and SARBJIT S. ATHWAL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO CORONA and FRANCISCO SAAVEDRA, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>ATHWAL ALMONDS, INC., a California Corporation; ATHWAL FARMS, form unknown; ATHWAL & ATHWAL FARMS, form unknown; ATHWAL & ATHWAL, form unknown; HARJEET S. PUREWAL, an individual; SARBJIT S. ATHWAL, an individual,<br><br>     Defendants.<br>_____/ | Case No.  1:15-cv-01486-LJO-SKO<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed: October 1, 2015<br>Trial Date: TBA |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendants, ATHWAL ALMONDS, INC.; ATHWAL FARMS; ATHWAL & ATHWAL FARMS aka ATHWAL & ATHWAL; HARJEET S. PUREWAL; and SARBJIT S. ATHWAL shall have until February 16, 2016, to file and serve a response to the Complaint in the above-captioned matter.

Dated: February 2, 2016              By:    */s/ Eric S. Trabucco*
                                     Law Offices of Mallison & Martinez
                                     By: Eric S. Trabucco
                                     Attorney for Plaintiffs

Dated: December 18, 2015          By:___/s/ Gerald E. Brunn_____
                                  Law Offices of Brunn & Flynn
                                  By: Gerald E. Brunn, Esq.
                                  Attorneys for Defendants ATHWAL ALMONDS,
                                  INC., a California Corporation, ATHWAL FARMS,

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendants Athwal Almonds, INC.; Athwal Farms; Athwal & Athwal Farms aka Athwal & Athwal; Harjeet S. Purewal; and Sarbjit S. Athwal shall file a response to the Complaint by no later than February 16, 2016.

IT IS SO ORDERED.

Dated:   **February 4, 2016**                    **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE