1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| Plaintiffs ISIDRO CORONA and FRANCISCO SAAVEDRA, on behalf of themselves and all other similarly situated individuals,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ATHWAL ALMONDS, INC., a California Corporation, ATHWAL FARMS, form unknown, ATHWAL & ATHWAL FARMS, form unknown, ATHWAL & ATHWAL, form unknown, HARJEET S. PUREWAL, an individual, SARBJIT S. ATHWAL, an individual,<br><br>    Defendants. | Case No.:  1:15-cv-01486-LJO-SKO<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES** |

1

1 THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD,
2 STIPULATE TO THE FOLLOWING:

3 Whereas counsel for the parties have met and conferred regarding their discovery
4 dispute, (*see* Doc. 40), and participated in an informal discovery conference on March 21, 2017,
5 (*see* Doc. 44).

6 In accordance with the agreement reached during the aforementioned conference, the
7 parties hereby stipulate and agree to the following:

8 1. As a result of the parties' informal discovery conference on March 21, 2017,
9 Plaintiffs' Motion to Compel, (Doc. 40), is hereby withdrawn without prejudice.

10 2. Defendants will provide verified responses to the discovery Plaintiffs served on
11 May 20, 2016 by March 24, 2017.  Defendants shall provide substantive responses to Request
12 for Production of Documents, Set One, Nos. 1-8, 10, 11, 15, 22-28, 31, 32, 34, 37, 38, 41, 42,
13 44, 47 and 48.  Responses shall include all documents and electronic data responsive to the
14 aforementioned requests in Defendants' custody, control, or possession for Plaintiffs and the
15 putative class as defined by the Complaint in this matter for the relevant time period (September
16 30, 2011 to the filing of the Complaint).  Defendants may indicate in the remaining responses
17 that such responses are not relevant to mediation and shall be provided at a later date.

18 3. The remaining responses (including document and data production) to all
19 discovery Plaintiffs served on May 20, 2016 will be due on April 20, 2017 should the parties not
20 reach a settlement as a result of the scheduled April 13, 2017 mediation.

21 4. The current deadline for class certification discovery (April 25, 2017) is
22 continued to May 4, 2017.

23 5. The date by which the class certification motion must be filed (May 22, 2017) is
24 continued to May 29, 2017.

25 6. The current deadline for filing any opposition to the motion for class certification
26 (June 29, 2017) is continued to June 30, 2017.

27 7. No changes shall be made to the current deadline for filing any reply brief to the
28 motion for class certification, which is set at July 12, 2017.

8.      The current date for the Court to hear oral argument regarding the motion for class certification (August 23, 2017) remains unchanged.

SO STIPULATED.

DATED:  March 22, 2017                         MALLISON & MARTINEZ
                                                                    Attorneys for Plaintiffs

                                                                    By:   */s/     Joseph D. Sutton*
                                                                              Joseph D. Sutton

DATED:  March 22, 2017                         LAW OFFICE OF BRUNN & FLYNN
                                                                    Attorneys for Defendants

                                                                    By:   */s/     Mahanvir Sahota*
                                                                              Mahanvir Sahota

## **ORDER**

Pursuant to the parties' stipulation, (Doc. 45), the Court ORDERS the following:

1.    As a result of the parties' informal discovery conference on March 21, 2017, Plaintiffs' Motion to Compel, (Doc. 40), is WITHDRAWN by Plaintiffs WITHOUT PREJUDICE.

2.    Defendants shall provide verified and substantive responses to Request for Production of Documents, Set One, Nos. 1-8, 10, 11, 15, 22-28, 31, 32, 34, 37, 38, 41, 42, 44, 47 and 48 by **March 24, 2017**.  Responses shall include all documents and electronic data responsive to the aforementioned requests in Defendants' custody, control, or possession for Plaintiffs and the putative class as defined by the Complaint in this matter for the relevant time period (September 30, 2011 to the filing of the Complaint).  Defendants may indicate on the remaining responses that such responses are not relevant to mediation and shall be provided at a later date.

//

3. The remaining responses (including document and data production) to all discovery Plaintiffs served on May 20, 2016 shall be served on **April 20, 2017** should the parties not reach a settlement as a result of the scheduled April 13, 2017 mediation.

4. The current deadline for class certification discovery is extended to **May 4, 2017**.

5. The date by which the class certification motion must be filed is extended to **May 29, 2017**.

6. The deadline for filing any opposition to the motion for class certification is extended to **June 30, 2017**.

7. The current deadlines for filing any reply brief to the motion for class certification (July 12, 2017) and for oral argument regarding the motion for class certification (August 23, 2017) shall remain unchanged.

IT IS SO ORDERED.

Dated:   **March 23, 2017**                        /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE