UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs ISIDRO CORONA and FRANCISCO SAAVEDRA, on behalf of themselves and all other similarly situated individuals,<br><br>               Plaintiffs,<br><br>   v.<br><br>ATHWAL ALMONDS, INC., a California Corporation, ATHWAL FARMS, form unknown, ATHWAL & ATHWAL FARMS, form unknown, ATHWAL & ATHWAL, form unknown, HAREET S. PUREWAL, an individual, SARBJIT S. ATHWAL, an individual,<br><br>               Defendants. | No. 1:15-CV-01486-LJO-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 50) |

      On January 18, 2018, the parties filed a Joint Stipulation to dismiss the matter with prejudice, with each party to bear its own costs and attorney's fees. (Doc. 50.)

      Accordingly, this action has been dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the parties will bear their own respective costs and expenses. The Scheduling Conference currently set for January 25, 2018, before the undersigned is hereby VACATED, and the Court DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

1

Dated: **January 19, 2018**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE